FILED

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0476

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-24-0476

VESETH RANCH, LP,

    Plaintiff/Appellant,

v.

WILFRED L. DOLL and CHERI DOLL,

    Defendants/Appellees.

ON APPEAL FROM THE SEVENTEENTH JUDICIAL DISTRICT COURT, PHILLIPS COUNTY

Cause No. DV-2021-29
Honorable Katherine M. Bidegaray

## ORDER GRANTING APPELLANT VESETH RANCH LP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Appellant's Unopposed Motion for Extension of Time, and good cause appearing therefor:

IT IS HEREBY ORDERED that Appellant Veseth Ranch, LP is granted a 30-day extension of time (to and including October 18, 2024) in which to file its Opening Brief.

Electronically signed and dated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 18 2024